STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
767 N. Hill Street, Suite 220
Los Angeles, CA 90012
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Barry Arnold Rabson

UNITED STATES DISCTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ARNOLD RABSON,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | No. CV 2:17-03894-AFM<br><br>[PLAINTIFF'S PROPOSED]<br>ORDER **AWARDING** EQUAL<br>ACCESS TO JUSTICE ACT<br>ATTORNEY FEES AND<br>EXPENSES, PURSUANT TO 28<br>U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of Two Thousand Nine Hundred Eighteen Dollars ($2,918.00) as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the

-1-

Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Stuart T. Barasch.

Whether the check is made payable to Plaintiff or to Stuart T. Barasch, the check shall be mailed to Stuart T. Barasch at the following address:

**300 South State Street**
**Suite 420**
**Syracuse, NY 13202**

Date: 1/18/2018  _____

Alexander F. MacKinnon
United States Magistrate Judge